Case 2:20-cv-00225   Document 19   Filed on 02/02/21 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
February 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MATTHIEU ARON TRINQUE; aka MATTHEW AARON TRINQUE, § § § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:20-CV-225 |
| § | |
| NUECES COUNTY JAIL, *et al*, § § | |
| Defendants. § | |

### MEMORANDUM AND RECOMMENDATION
### TO DISMISS CASE FOR FAILURE TO PROSECUTE

Plaintiff has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. When he filed this action, Plaintiff was incarcerated at the Nueces County Jail. (D.E. 1). Subsequently, Plaintiff was transferred to the Dominguez Unit. (D.E. 8). While arranging for the *Spears* hearing, the Court was informed by Raul Lopez, the law librarian at the Dominguez Unit, that Plaintiff is no longer in custody as he has been released to mandatory supervision.

On January 5, 2021, the undersigned ordered Plaintiff to inform the Court of his current mailing address and contact information on or before January 20, 2021. (D.E. 18). To date, Plaintiff has failed to respond to the January 5 Order.

A district court may dismiss an action for failure to prosecute or to comply with any order of the Court. *McCullough v. Lynaugh*, 835 F.2d 1126 (5th Cir. 1988); Fed. R. Civ. P. 41(b). Dismissal of this case is warranted under these circumstances because it is

apparent that Plaintiff has abandoned this lawsuit. Accordingly, it is respectfully recommended that Plaintiff's lawsuit be **DISMISSED** without prejudice under Rule 41(b) for failure to prosecute.

Respectfully submitted this 2nd day of February 2021.

                                                          Jason B. Libby
                                              United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) (en banc).