Case 2:20-cv-00225   Document 23   Filed on 03/05/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MATTHIEU ARON TRINQUE; aka MATTHEW AARON TRINQUE, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-225 |
| | § | |
| NUECES COUNTY JAIL, *et al*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE

On February 2, 2021, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Dismiss for Failure to Prosecute" (D.E. 19). The Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 19), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge.  Accordingly, the complaint (D.E. 1) is

**DISMISSED FOR WANT OF PROSECUTION**.

ORDERED this 5th day of March, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NELVA GONZALES RAMOS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE